**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 97-20343**
**Summary Calendar**
_____


**DARRELL LEON BOOKER,**

**Plaintiff-Appellant,**

**versus**

**KENNETH S. APFEL,**
**Commissioner of Social Security,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CV-832)
_____

January 5, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Darrell Leon Booker appeals from the summary judgment affirming the denial of his application for disability insurance benefits and Supplemental Security Income.

Booker contends that the Administrative Law Judge (ALJ) did not consider all of his medical records. We have reviewed the record and find that the additional documents submitted by Booker

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

were considered by the ALJ or the information contained in the documents was presented to the ALJ.

Booker also relies on his orthopedic doctor's opinion that he is permanently disabled and this his limitations are similar to listing 1.04A in Appendix 1. His doctor's brief and conclusory opinion is not adequately supported by the record as a whole. <u>Spellman v. Shalala</u>, 1 F.3d 357, 364-65 (5th Cir. 1993). The medical evidence in this case reveals that Booker does not exhibit symptoms in both shoulders. Accordingly, there is substantial evidence to support the ALJ's finding that his impairment did not meet or equal the medical criteria for any impairment listed in Appendix 1. <u>See</u> 20 C.F.R. Part 404, Subpart P, Appendix 1, Listing 1.04.

**AFFIRMED.**